93 A.3d 804

**Clyde McGRIFF, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, and Gateway Braddock Community Corrections Center, Appellees.**

Supreme Court of Pennsylvania.

June 9, 2014.

---

1. The second issue has been shortened only to delete unnecessary detail.

## *ORDER*

PER CURIAM.

AND NOW, this 9th day of June, 2014, the above-captioned appeal is quashed for failure to file a brief.